Hopkins, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.

## Third Department, May, 1971

### (May 13, 1971)

The People of the State of New York ex rel. Theodore R. Burke, Appellant, v. Daniel J. McMann, as Warden of Clinton Prison, Respondent.—

Staley, Jr., J. P., Greenblott, Cooke, Sweeney and Simons, JJ., concur.

The People of the State of New York, Respondent, v. Merle Curkendall, Appellant.—